IN THE INTEREST OF K.C.B., A CHILD

NO. 07-07-0032-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 19, 2007

______________________________

IN THE INTEREST OF K.C.B., A CHILD

_________________________________

FROM THE 100
TH
 DISTRICT COURT OF COLLINGSWORTH COUNTY;

NO. 6951; HONORABLE PHIL VANDERPOOL, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ. 

ON MOTION FOR REHEARING

Appellant, by her motion for rehearing alleges that she did in fact file a Statement of Points of Error to Be Relied On, although it was admittedly filed premature.  The record reveals that appellant filed the Statement after the associate judge’s order of termination.  Subsequently, appellant sought and was granted a trial 
de novo.  
Accordingly, the associate judge’s ruling was not a final ruling.  The statute provides that the required Statement of Points to Be Relied on By Appellant on Appeal must be filed after “a final order rendered under this subchapter.”  
Tex. Fam. Code Ann. § 263.405
(a) (Vernon Supp. 2006).

Accordingly, appellant’s contention is without merit and the motion for rehearing is denied.

Mackey K. Hancock

          Justice